Kimberley Hanks McGair, OSB #984205
kmcgair@fwwlaw.com
Farleigh Wada Witt
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Facsimile: (503) 228-1741

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| Adanna Ifama, | Case No. 3:12-CV-01457-BR |
| Plaintiff, | STIPULATED NOTICE AND JUDGMENT OF DISMISSAL |
| v. | |
| Pacific NW Federal Credit Union, | |
| Defendant. | |

Based upon the stipulation of the parties to the lawsuit, and the court being fully advised that this case has been settled,

///

///

///

///

///

///

Page 1 - STIPULATED NOTICE AND JUDGMENT OF DISMISSAL

**IT IS ORDERED AND ADJUDGED** that each and every claim and counterclaim alleged by plaintiff and defendant are hereby dismissed with prejudice and without costs or attorneys fees awarded to any party.

DATED this 10th day of May, 2013.

_____
Honorable Anna J. Brown
United States District Court

IT IS SO STIPULATED:

/s/ Kimberley Hanks McGair
Kimberley Hanks McGair, OSB #984205
Farleigh Wada Witt
121 SW Morrison, Suite 600
Portland, OR 97204
(503) 228-6044
kmcgair@fwwlaw.com
Attorneys for Defendant

/s/ Sandy N. Webb
Sandy N. Webb, OSB # 086527
Law Offices of Sandy N Webb PC
0224 SW Hamilton St Ste 202
Portland, OR 97239
(503) 477-7731
swebb@swebblaw.com
Attorneys for Plaintiff

Page 2 -    STIPULATED NOTICE AND JUDGMENT OF DISMISSAL

P:\DOCS\PACNW\79696\PLDG\3EI5637.DOC